**Order entered October 10, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00548-CR

### WALTER TROY LLOYD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1575605-U**

## ORDER

We **GRANT** the October 4, 2016 extension request of court reporter Georgina Ware and

**ORDER** the reporter's record be filed no later than November 7, 2016.


/s/     LANA MYERS
            JUSTICE